IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RACHEL LASSITER,**

    **Plaintiff,**

**v.**                                                                                  **No. 16-cv-1008 SMV/CG**

**ANDREW CARVER and**
**CITY OF CARLSBAD POLICE DEPARTMENT,**

    **Defendants.**

## **JUDGMENT**

Having granted summary judgment in favor of Defendants on all Plaintiff's federal claims and having declined to exercise supplemental jurisdiction over Plaintiff's state-law claims, and thus dismissing the state-law claims without prejudice, by a Memorandum Opinion and Order, entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**